■ CHARLES EBER, Appellant, v TOWN OF IRONDEQUOIT et al., Respondents. [788 NYS2d 920]—Appeal from an order of the Supreme Court, Monroe County (Andrew V. Siracuse, J.), entered December 22, 2003. The order granted defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pine, J.P., Scudder, Kehoe, Smith and Lawton, JJ.